# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

## CRIMINAL MINUTE SHEET

| USA v. Aren Bernard Burthwick | District Judge: Paul L. Maloney |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:08-cr-47 | 2/5/09 | 2:45 p.m. - 3:12 p.m. | Lansing | |

### APPEARANCES

| Government: Hagen Frank | Defendant: Scott Graham | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING
- ___ Arraignment:
  - ___ mute
  - ___ not guilty
  - ___ guilty
  - ___ nolo contendre
- ___ Final Pretrial Conference
- ___ Detention (waived ___)
- ___ Motion Hearing
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ___ Change of Plea
- ✓ Sentencing
- ___ Trial
- ___ Other:

### DOCUMENTS
- ___ Defendant's Rights
- ___ Waiver of Indictment
- ___ Other:

Court to Issue:
- ___ Order of Detention
- ___ Notice of Sentencing
- ___ Order Appointing Counsel
- ___ Other:

### CHANGE OF PLEA
Charging Document:
- ___ Read     ___ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ___ Presentence Report Ordered
- ___ Presentence Report Waived
- ___ Plea Accepted by the Court
- ___ Plea Taken under Advisement
- ___ No Written Plea Agreement

### SENTENCING

Imprisonment: 14 months
Probation:
Supervised Release: 1 year
Fine: $ 2,000.00
Restitution: $ 0.00
Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes ___ No
Appeal Packet Given: ✓ Yes ___ No
Conviction Information:
Date: 9/15/08
By: Plea
As to Count(s): 1 of 2nd Superseding Info

**ADDITIONAL INFORMATION:**
The original Indictment is dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|

| Reporter/Recorder: Kathleen Thomas | Case Manager: A. Redmond |
|---|---|